## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO. 5:06cr13-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **MARCUS FRESHOUR (1)** | ) | |
| **MELISSA DAWN CURTIS SISK (2)** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion To Continue Trial Date of this matter from the 10 July 2006 criminal term in the Statesville Division.

For the reasons stated in Defendant's motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare a defense in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial, and that the Government has no objection to this motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is **GRANTED** and this case is hereby continued from the July 2006 criminal term in the Statesville Division to the 5 September 2006 criminal term in the Statesville Division.

Signed: June 15, 2006

Richard L. Voorhees
United States District Judge